## LANIER v STATE OF FLORIDA

Case No. 88-3AM (County Court Case No. 87-22, 508TT-FP)

Fifth Judicial Circuit, Lake County

September 26, 1989

### APPEARANCES OF COUNSEL

**William E. Stone,** for appellant.

**Ann Marie Giordano,** Assistant State Attorney, for appellee.

Before McNEAL, PETERSON, TOMBRINK, JJ.

### OPINION OF THE COURT

PER CURIAM.

*Fla. Stat.* § 316.193 (1987) which makes it unlawful to drive under

the influence of alcohol "within this State" was properly enforced against appellant who drove his car through a restaurant and marina parking lot to the boat ramp and allowed it to roll into the lake with his sleeping passenger inside. *Zink v State,* 448 So.2d 1196 (Fla. 1st DCA 1984).

There was no showing that the omitted or erased portions of a video tape were exculpatory and there was no showing of misconduct by the state, so the court properly denied the motion to dismiss the charges. *Melendez v State,* 498 So.2d 1258 (Fla. 1986). McNEAL, R., PETERSON, E., TOMBRINK, R., concur.